# United States Court of Appeals for the Fifth Circuit

---

No. 26-10009
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Nicholas Washington,

Defendant—Appellant.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-179-1

---

Before Smith, Southwick, and Oldham, Circuit Judges.

Per Curiam:[*]

The attorney appointed to represent Nicholas Washington has moved to withdraw and has filed a brief per with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Washington has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-10009

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.